# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UTAH REPUBLICAN PARTY, et al.<br><br>    Plaintiff-Appellant,<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Plaintiff Intervenor,<br><br>v.<br><br>SPENCER J. COX,<br><br>    Defendant-Appellee. | No. 16-4091<br>(D.C. No. 2:16-CV-00037-DN)<br>(D. Utah) |
| UTAH REPUBLICAN PARTY,<br><br>    Plaintiff,<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Intervenor Plaintiff - Appellant,<br><br>v.<br><br>SPENCER J. COX,<br><br>    Defendant - Appellee. | No. 16-4098<br>(D.C. No. 2:16-CV-00038-DN)<br>(D. Utah) |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Pursuant to Local Rule 27.5, Appellants respectfully move the Court to extend the deadline for the Utah Republican Party ("URP") and the Utah Democratic Party ("UDP") to file their opening briefs in the above-captioned appeals until January 31, 2017. Currently, URP's and UDP's opening briefs are due October 27, 2016. The grounds for this Motion are as follows.

This appeal involves constitutional challenges to recently-enacted amendments to Utah's election code, commonly referred to as "SB54". However, it now appears that Appellants may be able to obtain a legislative fix to the questions presented in this appeal and thereby resolve those questions without this Court's intervention. In particular, URP has received assurances from a legislative committee that it will attempt to address specific issues with SB54 in the next legislative session. But because the Utah Legislature does not convene until January 2017, Appellants cannot confidently ascertain whether a legislative fix to their questions is available without first obtaining a briefing extension from this Court. Depending on the legislation that passes, if any, URP and UDP would be willing to dismiss their appeals in this matter.

Accordingly, in the interests of judicial economy, Appellants request that briefing be stayed in the above-captioned matters until January 31, 2017. This will allow the Utah Legislature to convene and URP and UDP to determine whether they can dismiss their appeals based on the likelihood of obtaining a legislative fix,

or whether they need this Court to resolve their challenges to the district court's rulings. Appellee Spencer J. Cox, the Lieutenant Governor of Utah, takes no position on the Appellants' request for an extension of their briefing deadline to January 31, 2017.

In the event the Court is not willing to extend the briefing schedule until January 31, 2017, URP alternatively requests an additional extension of thirty (30) days, giving URP and UDP up to and including November 28, 2016 by which to file their opening briefs. Counsel for UDP and Spencer J. Cox have indicated that they do not oppose the requested extension. The extension is necessitated by the fact that counsel for URP has been engaged in an unrelated criminal trial from September 7, 2016 to the present. *See United States v. Bundy, et al.*, Case No. 3:16-cr-0051-BR (D. Or.) When URP previously requested an extension based on the *Bundy* trial until October 27, 2016, counsel had a good faith belief that he would be able to dedicate the necessary time to URP's opening brief when trial was not in session. However, several issues, evidentiary and otherwise, arose throughout the trial forcing counsel to dedicate significant amounts of time to motion practice and briefing other issues as requested by the trial court. As a result, even in the exercise of all diligence, counsel cannot finalize URP's opening brief in this matter by the October 27, 2016 deadline.

Respectfully submitted this 21st day of October, 2016.

/s/ Marcus R. Mumford
Marcus R. Mumford
MUMFORD PC
405 S. Main Street, Suite 975
Salt Lake City, Utah 84111
mrm@mumfordpc.com
(801) 428-2000
Counsel for Utah Republican Party

**APPROVED AS TO FORM:**

/s/ Charles A. Stormont (with permission)
Charles A. Stormont
FABIAN VANCOTT
215 State Street, Suite 1200
Salt Lake City, Utah 84111
cstormont@fabianvancott.com
(801) 531-8900
Counsel for Utah Democratic Party

/s/ Tyler R. Green (with permission)
Tyler R. Green
Utah Solicitor General
Office of the Utah Attorney General
350 N. State Street, Suite 230
Salt Lake City, Utah 84114
tylergreen@utah.gov
(801) 538-9600

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on October 21, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Joshua S. Ostler

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1)　All required privacy redactions have been made per 10th Cir. R. 25.5;

(2)　If required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)　The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender last updated October 20, 2016, and according to the program are free of viruses.

　　　　　　　　　　　　　　　　　　　　　/s/ Joshua S. Ostler