# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UTAH REPUBLICAN PARTY,<br><br>    Plaintiff-Appellant,<br><br>and<br><br>UTAH DEMOCRATIC PARTY,<br><br>    Plaintiff-Intervenor-Appellant,<br><br>v.<br><br>SPENCER J. COX,<br><br>    Defendant-Appellee. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS**<br><br>Case No. 16-4091, 16-4098 |

Pursuant to Local Rule 27.5, Appellant Utah Republican Party ("URP") and Cross-Appellant Utah Democratic Party ("UDP") respectfully submit this Joint Motion for Extension of Time to File Reply Briefs. Currently, URP's and UDP's reply briefs are due April 6, 2017. Counsel for Appellee, Tyler Green, has stated that Defendant-Appellee Spencer J. Cox ("Cox") does not oppose this motion. Neither URP nor UDP have previously sought or been granted any extensions of time with respect to their reply briefs in this matter. Good cause exists for the requested extension as follows.

Counsel for URP is currently heavily engaged in litigation in the matter of *Garth O. Green Enterprises, et al. v. Harward, et al.*, Case No. 2:15-cv-556 (D. Utah). The *Green* case was originally filed in 2013 in Utah's Fourth District Court. Due to several procedural obstacles, including improper removal, remand and then bankruptcy proceedings, the case has been significantly prolonged. The district court had previously established that February 27, 2017 was the close of fact discovery. However, by joint motion, the parties requested that fact discovery be extended to April 7, 2017, in order to accommodate several depositions and other discovery matters.

Since Cox's response brief was filed on March 20, 2017, counsel for URP has taken all-day depositions on March 22nd and 27th, which also required extensive preparation time. A deposition is also scheduled for April 6, 2017, the day URP's and UDP's reply briefs are due, in which a principal party to the action will be deposed. That deposition will likely last the entire day and require significant preparation time. Additionally, the district court has scheduled hearings on March 30th, 31st and April 5th with respect to discovery and other issues. In addition to the foregoing discovery matters, there has also been extensive motion practice.

The *Green* matter has required extensive attention in recent weeks and will require additional attention in coming days. This has not only diverted counsel's

attention from URP's reply brief in this matter, but also with respect to the rest of counsel's caseload. Additionally, one of counsel's associate attorneys has been out of the office on a pre-planned vacation since March 23, 2017 and will not return until April 3, 2017. This has further limited counsel's ability to give time and attention to the reply brief in this matter.

UDP joins in this motion so that simultaneous briefing can be filed in the interests of economy. In addition, counsel for UDP has eight separate sets of discovery requests for which it is preparing responses in *Hilsen v. American Sleep Alliance, LLC, et al.*, Case No. 2:15-cv-714-DBP (D. Utah), and has recently requested extensions to facilitate ongoing settlement discussions in that case, to which counsel needs to devote significant attention. Counsel for UDP also has outstanding briefing due in *Fidone v. Leon et al.*, Case No. 160500305 (3rd Dist. Utah) on April 13, 2017 and expert reports and dispositive motions due in *Contemporary Image Sales, Inc. et al v. Tom Stuart Construction Inc., et al.*, Case No. 140700592 (2nd Dist. Utah) on April 20, 2017, and a reply brief to be filed in two interrelated cases, *In re Christensen* and *In re Bird*, Case Nos. UT-39 and UT-40 (10th Cir. BAP), on April 24, 2017. A two-week extension would facilitate counsel's ability to more thoroughly address the reply brief in this matter and to ensure that fairness and economy is achieved through simultaneous briefing.

In light of the foregoing, URP and UDP request that they be allowed a two-week extension of time, up to and including April 20, 2017, by which to file their reply briefs in the above-identified appeals.

Respectfully submitted this 30th day of March, 2017.

/s/ Marcus R. Mumford
Marcus R. Mumford
MUMFORD PC
405 S. Main Street, Suite 975
Salt Lake City, Utah 84111
mrm@mumfordpc.com
(801) 428-2000
Counsel for Utah Republican Party


/s/ David P. Billings (with permission)
David A. Billings
Fabian VanCott
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
(801) 384-4541
Counsel for Utah Democratic Party

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on March 30, 2017.

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      /s/ Marcus R. Mumford

## **CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that with respect to the foregoing:

(1)  All required privacy redactions have been made per 10th Cir. R. 25.5;

(2)  If required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)  The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender, version 1.239.411.0, last updated March 29, 2017, and according to the program are free of viruses.

                                                      /s/ Marcus R. Mumford